◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMAR A. THOMAS, Appellant. [847 NYS2d 879]—Appeal from a

judgment of the Erie County Court (Michael L. D'Amico, J.), rendered October 10, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Pine, JJ.